

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 1:57:58 PM
CHRISTOPHER A. PRINE
Clerk

April 30, 2015

HONORABLE WAYNE MALIA
339th DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: ALBERT LYNCH

Cause No: 1314602

Court: 339TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 4/27/15
**Sentence Imposed Date:** 4/27/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

S. NORRIS

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JULIE JOHNSON (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P.O. Box 4651   Houston, Texas 77210-4651

Cause No. 1314602.

## THE STATE OF TEXAS

V.

ALBERT LYNCH , A/K/A _____

339 7TH District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On __4-27-15__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

| | |
|---|---|
| 4-27-15 | _Thomas A. Martin_ (signature) |
| **Date** | **Attorney (Signature)** |
| ALBERT LYNCH | **Attorney (Printed name)** Thomas A. Martin |
| **Defendant (Printed name)** | 1018 Preston, Suite 500 |
| | Houston, TX 77002 |
| | **State Bar Number** tmartin@justice.com |
| | 713-222-0556 |
| | **Address** 713-222-7022 (fax) |
| | SBN: 50511495 |
| | SPN: 01638569 |
| | **Telephone Number** |

**FILED**
Chris Daniel
District Clerk

APR 27 2015

Time:_____
Harris County, Texas

By_____
Deputy

The defendant (check all that apply):

✓ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

✓ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

_____
**Defendant's Printed name** ALBERT LYNCH

## ORDER

On **4-27-15** the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☑ employing counsel and/or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is ~~**GRANTED**~~ / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is ~~**GRANTED**~~ and

    ☐ Attorney _____

    Bar Card Number_____ SPN Number _____

    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ Harris County Public Defender's Office (HCPD) is **APPOINTED** to represent
    defendant/appellant on appeal.
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to
    defendant / appellant.

**BAIL IS:**

☐ **SET** at $_____.

☐ **TO CONTINUE** as presently set.

☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: **4/27/15**

JUDGE PRESIDING,
_334_ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO.
HARRIS COUNTY, TEXAS

 

Cause No. 131462

THE STATE OF TEXAS

v.

ALBERT LYNCH , Defendant

IN THE 39 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

FILED
Chris Daniel
District Clerk
APR 27 2015
Time: ____
Harris County, Texas
By ____
Deputy

Judge _____

Date Signed 4/27/15

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

RECORDER'S MEMORANDUM
This Instrument is of poor quality at the time of imaging

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number:

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

Thomas A. Martin
1018 Preston, Suite 500
Houston, TX 77002
tmartin@justice.com
713-222-0556
713-222-7022 (fax)
SBN: 50511495
SPN: 01638569

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

1st

# APPEAL CARD

6-26-15

**Court** 339TH

**Cause No.** 1314602.

### The State of Texas
### Vs

ALBERT LYNCH.

**Date Notice Of Appeal:** 4/27/15    4-27-15

**Presentation:**    Vol.____ Pg.____

**Judgment:**    Vol.____ Pg.____

**Judge Presiding** WAYNE MALIA.
**Court Reporter** JULIE JOHNSON
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** ALLAN THOMAS MARTIN

**Attorney on Appeal**_____

**Appointed**_____ **Hired**_____

**Offense** CAPITAL MURDER.

**Jury Trial:**    Yes ✓    No____

**Punishment Assessed**_____

**Companion Cases (If Known)**_____

**Amount of Appeal Bond**_____

**Appellant Confined:**    Yes ✓    No____

**Date Submitted To Appeal Section** 4/28/15.

**Deputy Clerk**_____

997

Notice of Appeal Card Rev. 9/84